| Attorney or Party without Attorney:<br>Yitzchak Kopel, Esq.<br>BURSOR & FISHER, P.A.<br>888 Seventh Ave<br>New York, NY 10019<br>Telephone No: 646-837-7150<br><br>Attorney For: Plaintiff | | | | Ref. No. or File No.:<br>Gonzalez v United Natural | For Court Use Only |
|---|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>USDC-Southern District of New York | | | | | |
| Plaintiff: DAJEAN GONZALEZ, individually and on behalf of all others similarly situated<br>Defendant: UNITED NATURAL FOODS, INC. | | | | | |
| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>7:22-cv-07067-KMK | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint

3. a. Party served: United Natural Foods, Inc.
   b. Person served: Samantha Doyle, Process Specialist, CT Corporation System, Registered Agent, served under F.R.C.P. Rule 4.

4. Address where the party was served: 450 Veterans Memorial Pkwy Suite 7A, E Providence, RI 02914

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Aug 22 2022 (2) at: 01:18 PM

6. **Person Who Served Papers:**
   a. Paul G. Hughes
   b. FIRST LEGAL
      3600 Lime Street, Suite 626
      RIVERSIDE, CA 92501
   c. (888) 599-5039

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

8/29/22
(Date)                             (Signature)



PROOF OF SERVICE

R.I. CONSTABLE # 6063      7542605
PAUL G. HUGHES             (356420)