# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY  11747

Direct Dial: (631) 247-4612
Email: KATHRYN.BARRY@JACKSONLEWIS.COM

September 7, 2022

**VIA ECF**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

Re: Dajean Gonzalez, individually and on behalf of all others similarly situated, v. United Natural Foods, Inc. [7:22-cv-07067 (KMK)]

Dear Honorable Judge Karas:

This Firm was recently retained to represent Defendant United Natural Foods, Inc. in the above-referenced action. In accordance with Section I.C of Your Honor's Individual Rules of Practice, we write to request that Defendant's time to answer, move, or otherwise respond to Plaintiff's Complaint be extended from September 12, 2022, to October 12, 2022. The additional time will allow us the opportunity to investigate Plaintiff's allegations.

This is Defendant's first request for an extension of time. Plaintiff's counsel has consented to Defendant's request. Thank you for your attention to this matter.

Very truly yours,

JACKSON LEWIS P.C.

/s/ *Kathryn Barry*

KATHRYN BARRY

Cc: Via ECF
Yitzchak Kopel
Bursor & Fisher, P.A.
888 Seventh Avenue
New York, NY 10019
(646) 837-7127
Fax: (212) 989-9163
email: ykopel@bursor.com